**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREY CHERNOZ, TATIANA KALETINKINA,<br>PLAINTIFF(S)<br>v.<br>CHRISTOPHER LOWDEN, et al.,<br>DEFENDANT(S) | CASE NUMBER<br>CV 18-5723-GW (AGRx)<br>**ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Date ______________ United States Magistrate Judge ______________

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to ______________
- ☒ Other: Improperly removed unlawful detainer action.

Comments:
See attached Order Remanding Case To State Court.

7/6/2018
Date

Alicia G. Rosenberg
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

July 9, 2018
Date

George H. Wu
United States District Judge